1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CHARLES NORRIS, | ) | Case No.: CV 10-3624 CW |
| Plaintiff, | ) ) | **ORDER DENYING TELEPHONIC APPEARANCE AT STATUS CONFERENCE** |
| vs. | ) ) | |
| SOUTHWEST WATER COMPANY, | ) ) | Hon. Claudia Wilken |
| Defendants. | ) ) ) | |

**UPON GOOD CAUSE SHOWN IT IS HEREBY ORDERED** that defendant SOUTHWEST WATER COMPANY'S counsel shall **attend** the Case Management Conference scheduled for February 8, 2011 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: **1/24/2011**_____      By_____
                                                    CLAUDIA WILKEN
                                                    United States Magistrate Judge

---

1

[~~PROPOSED~~] ORDER ~~GRANTING~~ **DENYING** TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
CASE NO. CV 10-3624 CW

3000250v1  0895889  41653