DAVID I. DALBY (SBN: 114750)
ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
SOUTHWEST WATER COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CHARLES S. NORRIS<br><br>   Plaintiff,<br><br>   vs.<br><br>SOUTHWEST WATER COMPANY<br><br>   Defendants. | Case No.:  CV 10 3624 CW<br><br>**STIPULATION TO EXTEND TIME FOR CONDUCTING MEDIATION AND EXPERT DISCLOSURE AND [PROPOSED] ORDER**<br><br>Hon. Claudia Wilken |

Pursuant to United States District Court for the Northern District of California ADR Local Rule 6-5(a), and in view of the unavailability of the assigned mediator, the parties hereby stipulate to an order extending the deadline for completing mediation in this matter.  The mediation has been continued and is not currently set and the parties stipulate that the mediation shall instead be held by September 30, 2011.

Further, in order to most efficiently complete the mediation, the parties further stipulate that the dates for the disclosure of expert witnesses and rebuttal expert witnesses are extended to October 10, 2011 (preliminary disclosure) and November 1, 2011 (rebuttal), respectively.

/ / /

1   It is so stipulated.

2

3   DATED: July 14, 2011					HINSHAW & CULBERTSON LLP

4								By:	/S/ David I. Dalby
								David I. Dalby
5								Attorneys for Defendant
								SOUTHWEST WATER COMPANY
6

7

8   DATED: July 14, 2011					MCCORMACK LAW FIRM

9								By:	/S/Bryan J. McCormack
								Bryan J. McCormack
10								Attorneys for Plaintiff
								CHARLES S. NORRIS
11

12

13  **IT IS SO ORDERED:**

14  Dated: July __18__, 2011

15								By: _____
								Judge of the United States District Court
16

17

[remaining lines 18–28 blank]

cc: ADR

---

2

STIPULATION TO EXTEND TIME FOR CONDUCTING MEDIATION AND EXPERT DISCLOSURE AND [PROPOSED] ORDER, CASE NO. CV10 3624 CW

3004506v1  0895889  41653